**IT IS ORDERED as set forth below:**



Date: July 31, 2023

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TRISTA LYNN DALE, | ) | CASE NO. 20-40731-PWB |
| | ) | |
| DEBTOR. | ) | JUDGE BONAPFEL |

## ORDER REOPENING CASE

Before the Court is the Debtor's Motion to Reopen Case for the purpose of filing a Personal Financial Management Certificate (Document No. 63). Upon consideration of the motion and for cause shown, it is hereby

**ORDERED** that the above-styled case is **REOPENED** to permit the Debtor to file the Financial Management Course Certificate and/or to allow for entry of the discharge and closing if otherwise appropriate.

**ORDERED** that if no further action is taken by the Debtor or any other party in interest within 30 days of the entry of this Order, the clerk of this Court shall be authorized to close this case in the usual manner.

The Clerk is directed to serve copies of the Order on the Debtor, counsel for Debtor, and the United States Trustee.

## END OF ORDER

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtors
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com